## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-3812-GW(VBKx) | Date | December 16, 2009 |
|---|---|---|---|
| Title | *John Folsom v. Indymac Bancorp, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **COURT ORDER (IN CHAMBERS)**

Counsel are hereby notified, that on the Court's own motion, the following motions, filed on November 2, 2009, and presently set for December 21, 2009, is **continued** to **January 14, 2010 at 8:30 a.m.**:

1. Defendant A. Scott Keys' Motion to Dismiss the Third Amended Consolidated Class Action Complaint;
2. Defendant Michael W. Perry's Motion to Dismiss Third Amended Consolidated Class Action Complaint;
3. Defendant Ernst and Young LLP's Motion to Dismiss Plaintiffs' Third Amended Consolidated Class Action Complaint.

IT IS SO ORDERED.

:

Initials of Preparer    JG