1  MARC M. SELTZER (54534)
   mseltzer@susmangodfrey.com
2  RYAN C. KIRKPATRICK (243824)
   rkirkpatrick@susmangodfrey.com
3  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
4  Los Angeles, CA  90067-6029
   Telephone:  (310) 789-3100
5  Fax:  (310) 789-3150

6  SHERRIE R. SAVETT
   *(Admitted Pro Hac Vice)*
7  ssavett@bm.net
   ARTHUR STOCK
8  *(Admitted Pro Hac Vice)*
   astock@bm.net
9  PHYLLIS M. PARKER
   *(Admitted Pro Hac Vice)*
10 pparker@bm.net
   BERGER & MONTAGUE, P.C.
11 1622 Locust Street
   Philadelphia, PA  19103
12 Tel:  (215) 875-3000
   Fax:  (215) 875-4604
13

*Attorneys for Lead Plaintiff and the Class*
14
   (See Signature Page for Name and
15 Address of Additional Counsel for Plaintiff)

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18                      WESTERN DIVISION

| | |
|---|---|
| ROBERT C. DANIELS, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL W. PERRY, A. SCOTT KEYS, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. CV 08-03812 GW(VBKx)<br><br>**LEAD PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF MARCH 25, 2010 TO SPECIFY PARAGRAPHS OF PLAINTIFF'S THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT ATTRIBUTABLE TO EACH OF THE DEFENDANTS**<br><br>Place:  Hon. George H. Wu |

1029575v1/010900

Pursuant to the Court's direction in its Order dated March 25, 2010, Lead Plaintiff respectfully submits that the paragraphs in the Third Amended Consolidated Class Action Complaint containing statements or omissions attributable to each of the Defendants are as follows:

**Defendant Michael W. Perry**: Paragraphs  6, 7(a)-(f), 15, 17, 96, 99(a) through (h), 101(a) through (d),  112 through 113, 117 through 119,  123, 135, 137, 143 (omission rendering statement misleading), 153 (omission rendering statement misleading), 154 (a) through (f), 158, 162, 163, 173, 187, 214(a), (b), (d), (e), (g), (h),(i), 218, and 235.

**Defendant A. Scott Keys**:   Paragraphs 6, 7(b),(c),(e),(f), 21, 22, 96, 99(a), (c), and (f) (as control person and signatory), 101(a) (as control person and signatory), 112 through 113, 117 through 119, 123, 137, 158, 162, 163, 173, 187, 214(c) and (i), 218, and 235.

**Defendant Ernst & Young, LLP**:   Paragraphs 7(b), (f), 30, 114, 117, 119, 158, 164 through 165, 188, 197, 204, 205, and 268.

Dated:  April 1, 2010.                    Respectfully submitted,

MARC M. SELTZER
RYAN C. KIRKPATRICK
SUSMAN GODFREY L.L.P.

KENNETH S. MARKS
(*Admitted Pro Hac Vice*)
kmarks@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002-5096
Telephone:  (713) 651-9366
Fax:  (713) 654-6666

1029575v1/010900

SHERRIE R. SAVETT
ARTHUR STOCK
PHYLLIS M. PARKER
BERGER & MONTAGUE, P.C.

By  /s/ Marc M. Seltzer
      Marc M. Seltzer

Attorneys for Lead Plaintiff
and the Class