MARC M. SELTZER (54534)
E-mail: mseltzer@susmangodfrey.com
RYAN C. KIRKPATRICK (243824)
E-mail: rkirkpatrick@susmangodfrey.com
SUSMAN GODFREY, L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

SHERRIE R. SAVETT
E-mail: ssavett@bm.net
ARTHUR STOCK
E-mail: astock@bm.net
PHYLLIS M. PARKER
E-mail: pparker@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Lead Plaintiff and the Class*

(See Signature Page for Name and Address of Additional Counsel for Plaintiff)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBERT C. DANIELS, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

vs.

MICHAEL W. PERRY, A. SCOTT KEYS, and ERNST & YOUNG LLP,

Defendants.

Case No. CV 08-03812 GW(VBKx)

**STIPULATION TO FURTHER CONTINUE BRIEFING SCHEDULE OF FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Date: December 23, 2010
Time: 9:30 .am.
Judge: Hon. George H. Wu

**WHEREAS,** Lead Plaintiff and the Individual Defendants remain engaged in mediation and are continuing to reach a settlement;

**WHEREAS,** an additional round of mediation is scheduled for January 19 and 20, 2011, and the mediator has again renewed his request that all parties cease further briefing until the resolution or termination of the mediation;

**WHEREAS,** Defendant Ernst & Young LLP is not a party to the mediation, but has agreed to the mediator's request to further continue the briefing as an accommodation to the other parties; therefore

**THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the approval of the Court, that the previous briefing schedule for motions to dismiss the Fourth Amended Consolidated Class Action Complaint be amended as follows:

1. Defendants' motions to dismiss and memoranda of points and authorities in support thereof will be filed by Tuesday, February 22, 2011.

2. Plaintiff's opposition briefs will be filed by Thursday, March 24, 2011.

3. Defendants' reply briefs will be filed by Thursday April 7, 2011.

**IT IS SO STIPULATED.**

Dated: December 23, 2010

BERGER & MONTAGUE, P.C.
By: _/s/_Sherrie R. Savett
Sherrie R. Savett
E-mail: ssavett@bm.net
Arthur Stock
E-mail: astock@bm.net
Phyllis M. Parker
E-mail: pparker@bm.net
1622 Locust Street
Philadelphia, PA 19103
Tel. (215) 875-3000
Fax (215) 875-4604

Dated: December 23, 2010

SUSMAN GODFREY, L.L.P.
By: /s/ Marc M. Seltzer
Marc M. Seltzer
E-Mail: mseltzer@susmangodfrey.com
Ryan C. Kirkpatrick
E-mail: rkirkpatrick@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Tel. 310-789-3100
Fax 310-789-3150

and

Kenneth S. Marks (*pro hac vice*)
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Tel. 713-651-9366
Fax 713-654-6666
***Counsel for Lead Plaintiff***

Dated: December 23, 2010

WILLKIE FARR & GALLAGHER LLP
By: /s/ Gregory S. Bruch
Gregory S. Bruch
E-Mail: gbruch@willkie.com
1875 K Street, NW
Washington, D.C. 20006
Tel: (202) 303-1000
Fax: (202) 303-2000

***Attorneys for Defendant A. Scott Keys***

Dated: December 23, 2010

COVINGTON & BURLING LLP

By: /s/ David B. Bayless

David B. Bayless
E-Mail: dbayless@cov.com
One Front Street
San Francisco, CA 94111
Tel. (415) 591-6000
Fax (415) 591-6091

***Attorneys for Defendant Michael W. Perry***

Dated: December 23, 2010

LATHAM & WATKINS LLP

By: /s/ Julie Gerchik

Julie Gerchik
E-mail: julie.gerchik@lw.com
355 South Grand Avenue
Los Angeles, CA 90071
Tel. (213) 485-1234
Fax (213) 891-8763

***Attorneys for Ernst & Young LLP***

kal609351