Gregory S. Bruch (admitted *pro hac vice*)
(gbruch@willkie.com)
Julie A. Smith (CA Bar #147178)
(jasmith@willkie.com)
Jessica L. Matelis (admitted *pro hac vice*)
(jmatelis@willkie.com)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, D.C. 20006
Telephone: 202-303-1000
Facsimile: 202-303-2000
Attorneys for Defendant A. Scott Keys

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ROBERT C. DANIELS, on behalf of Himself and All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. PERRY, A. SCOTT KEYS, and ERNST & YOUNG LLP,<br><br>Defendants. | CV 08-03812-GW (VBKx)<br><br>**STIPULATION TO FURTHER CONTINUE BRIEFING SCHEDULE RE: FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. George H. Wu |

**WHEREAS**, Lead Plaintiff and the Individual Defendants are engaged in mediation;

**WHEREAS**, the mediator has requested that all parties cease further briefing until the resolution or termination of the mediation;

**WHEREAS**, Defendant Ernst & Young LLP is not a party to the mediation, but has agreed to the mediator's request to continue the briefing as an accommodation to the other parties; therefore

**THE PARTIES HEREBY STIPULATE AND AGREE**, subject to the approval of the Court, that the previous briefing schedule for motions to dismiss the Fourth Amended Consolidated Class Action Complaint be amended as follows:

1. Defendants' motions to dismiss and memoranda of points and authorities in support thereof will be filed by Monday, May 23, 2011;
2. Plaintiff's opposition briefs will be filed by Thursday, June 23, 2011;
3. Defendants' reply briefs will be filed by Tuesday, July 12, 2011.

IT IS SO STIPULATED.

DATED: February 15, 2011

WILLKIE FARR & GALLAGHER LLP

By: /s/ Julie A. Smith

Julie A. Smith
1875 K Street, NW
Washington, D.C.  20006
Telephone: 202-303-1000
Facsimile: 202-303-2000

Attorneys for Defendant A. Scott Keys

|    |                              |                                         |
|----|------------------------------|-----------------------------------------|
| 1  |                              |                                         |
| 2  |                              |                                         |
| 3  | DATED: February 15, 2011     | COVINGTON & BURLING LLP                 |
| 4  |                              |                                         |
| 5  |                              | By:   /s/ David Bayless                 |

DATED: February 15, 2011

COVINGTON & BURLING LLP

By:   */s/ David Bayless*
　　　David Bayless
　　　E-Mail: dbayless@cov.com
　　　One Front Street
　　　San Francisco, CA 94111-5356
　　　Tel. 415-591-6000
　　　Fax 415-591-6091

Attorneys for Defendant Michael W. Perry

DATED: February 15, 2011

LATHAM & WATKINS LLP

By:   */s/ Julie Gerchik*
　　　Julie Gerchik
　　　E-mail: julie.gerchik@lw.com
　　　355 South Grand Avenue
　　　Los Angeles, CA  90071-1560
　　　Tel. 213-485-1234
　　　Fax 213-891-8763

Attorneys for Ernst & Young LLP

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  February 15, 2011 | BERGER & MONTAGUE, P.C. |
| 3 | | |
| 4 | | By:    */s/ Sherrie R. Savett* |
| 5 | | Sherrie R. Savett<br>E-mail: ssavett@bm.net |
| 6 | | Arthur Stock<br>E-mail: astock@bm.net |
| 7 | | Carole A. Broderick<br>E-mail: cbroderick@bm.net Phyllis |
| 8 | | M. Parker<br>E-mail: pparker@bm.net |
| 9 | | 1622 Locust Street<br>Philadelphia, PA 19103-6365 |
| 10 | | Tel. 215-875-3000<br>Fax 215-875-4604 |
| 11 | | |
| 12 | | SUSMAN GODFREY, L.L.P. |
| 13 | | Marc M. Seltzer<br>E-Mail: |
| 14 | | mseltzer@susmangodfrey.com |
| 15 | | Ryan C. Kirkpatrick<br>E-mail: |
| 16 | | rkirkpatrick@susmangodfrey.com |
| 17 | | 1901 Avenue of the Stars,<br>Suite 950 |
| 18 | | Los Angeles, CA 90067-6029<br>Tel. 310-789-3100 |
| 19 | | Fax 310-789-3150 |
| 20 | | and |
| 21 | | Kenneth S. Marks (*pro hac vice*)<br>1000 Louisiana Street, Suite 5100 |
| 22 | | Houston, TX 77002-5096<br>Tel. 713-651-9366 |
| 23 | | Fax 713-654-6666 |
| 24 | | Counsel for Lead Plaintiff |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |