LATHAM & WATKINS LLP
  Miles N. Ruthberg (Bar No. 86742)
  E-mail: miles.ruthberg@lw.com
  Robert W. Perrin (Bar No. 194485)
  E-mail: robert.perrin@lw.com
  Melanie M. Blunschi (Bar No. 234264)
  E-mail: melanie.blunschi@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Attorneys for Defendant Ernst & Young LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL B. COADY and ROBERT HAKIMIAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL W. PERRY, A. SCOTT KEYS, and ERNST & YOUNG LLP,<br><br>    Defendants. | Case No. CV 08-03812-GW(VBKx)<br><br>**ORDER GRANTING STIPULATION REGARDING CORRECTION TO BRIEFING SCHEDULE FOR DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Upon the Stipulation filed by and between Defendant Ernst & Young LLP ("EY") and Lead Plaintiffs Michael B. Coady and Robert Hakimian ("Lead Plaintiffs"), dated April 11, 2012, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that EY's Reply Memorandum in support of its Motion to Dismiss Lead Plaintiffs' Fifth Amended Complaint shall be due on April 24, 2012.

IT IS SO ORDERED.

DATED: April 12, 2012

_____
Hon. George H. Wu
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2617744.1

[PROPOSED] ORDER GRANTING STIPULATION REGARDING CORRECTION TO BRIEFING SCHEDULE FOR DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT

Submitted by:

LATHAM & WATKINS LLP
Miles N. Ruthberg
E-mail: miles.ruthberg@lw.com
Robert W. Perrin
E-mail: robert.perrin@lw.com
Melanie M. Blunschi
E-mail: melanie.blunschi@lw.com

By /s/ Melanie M. Blunschi
Melanie M. Blunschi
Attorneys for Defendant Ernst & Young LLP

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2617744.1

2   [PROPOSED] ORDER GRANTING STIPULATION REGARDING CORRECTION TO BRIEFING SCHEDULE FOR DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED COMPLAINT