MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
RYAN C. KIRKPATRICK (243824)
rkirkpatrick@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Tel:  (310) 789-3100
Fax:  (310) 789-3150

SHERRIE R. SAVETT
*(Admitted Pro Hac Vice)*
ssavett@bm.net
ARTHUR STOCK
*(Admitted Pro Hac Vice)*
astock@bm.net
PHYLLIS M. PARKER
*(Admitted Pro Hac Vice)*
pparker@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Tel:  (215) 875-3000
Fax:  (215) 875-4604

*Lead Counsel for Plaintiffs and the Proposed Class*

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL B. COADY and ROBERT HAKIMIAN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL W. PERRY, A. SCOTT KEYS, and ERNST & YOUNG LLP,<br><br>Defendants. | Case No. CV 08-03812 GW(VBKx)<br><br>**ORDER GRANTING CONTINUANCE OF MAY 21, 2012 HEARING ON DEFENDANT ERNST & YOUNG LLP'S MOTION TO DISMISS PLAINTIFFS' FIFTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

2258353v1/010900

1    Upon the stipulation of the parties and good cause appearing therefor,

2    IT IS HEREBY ORDERED that the hearing on defendant Ernst & Young's

3  motion to dismiss shall be held on **June 6, 2012, at 10:00 a.m.**

4

5

6    Dated: May 8, 2012

7    _____
               George H. Wu
8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2