MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
BRYAN J.E. CAFORIO (261265)
bcaforio@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Tel: (310) 789-3100
Fax: (310) 789-3150

SHERRIE R. SAVETT
*(Admitted Pro Hac Vice)*
ssavett@bm.net
PHYLLIS M. PARKER
*(Admitted Pro Hac Vice)*
pparker@bm.net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Co-Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL B. COADY and ROBERT HAKIMIAN, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

vs.

MICHAEL W. PERRY, A. SCOTT KEYS, and ERNST & YOUNG LLP,

Defendants.

Case No. CV-08-03812 GW(VBKx)

Hon. George H. Wu

**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Date: August 8, 2022
Time: 8:30 a.m.
Place: Courtroom 9D, 9th Floor
350 West 1st Street
Los Angeles, CA, 90012

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that on August 8, 2022 at 8:30 a.m., or as soon thereafter as the matter may be heard, before the Hon. George H. Wu, United States District Judge, in Courtroom 9D at the United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012,[1] Lead Plaintiffs will and hereby do move the Court for an order directing *cy pres* distribution of all residual settlement funds in the above-caption action, which total $29,370.25. Lead Plaintiffs respectfully propose that the *cy pres* distribution be divided equally between the Legal Aid Foundation of Los Angeles to receive $14,685.12 and the Philadelphia Bar Foundation to receive $14,685.12.

Lead Plaintiffs base this motion upon this notice, the accompanying memorandum of points and authority in support of this motion, the proposed order directing *cy pres* distribution of all residual settlement funds to the Legal Aid Foundation of Los Angeles and the Philadelphia Bar Foundation, lodged concurrently herewith, the Declaration of Edward J. Sincavage, filed concurrently herewith, on all the pleadings, papers, and files herein, and on such further evidence, if any, as may be presented to the Court.

A proposed form of Order approving distribution of the unclaimed balance to the Legal Aid Foundation of Los Angeles and the Philadelphia Bar Foundation, is lodged concurrently herewith.

---

[1] The claims asserted in this litigation have long since been settled with defendants and dismissed. *See* Order and Final Judgment of Dismissal with Prejudice of Class Action entered on July 29, 2013 (ECF No. 286). The prior settlement and dismissal of this litigation has rendered compliance with the meet and confer provisions of Local Rule 7-3 moot.

Dated: July 8, 2022

Respectfully submitted,

MARC SELTZER
BRYAN J.E. CAFORIO
SUSMAN GODFREY L.L.P.

SHERRIE R. SAVETT
PHYLLIS M. PARKER
BERGER MONTAGUE PC

By: */s/ Bryan J.E. Caforio*
Bryan J.E. Caforio

*Co-Lead Counsel for Plaintiffs and the Class*